IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, <br><br> Plaintiff, <br><br> v. <br><br> ASPEN TECHNOLOGY, INC., ANTONIO PIETRI, JILL SMITH, TOM BRADICICH, DON CASEY, KAREN GOLZ, AMAR HANSPAL, GARY E. HAROIAN, ADRIANA KARABOUTIS, GEORGIA KERESTY, ROBERT M. WHELAN, JR., and R. HALSEY WISE, <br><br> Defendants. | Case No. 2:22-cv-00872-ER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 11, 2022

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*